

# Notice of Service of Process

null / ALL
Transmittal Number: 22795525
Date Processed: 02/22/2021

| | |
|---|---|
| **Primary Contact:** | Amanda Ratliff<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Andrew Akey<br>Kacie Bertrand<br>Ashley Aubart |

| | |
|---|---|
| **Entity:** | Menard, Inc.<br>Entity ID Number  0033810 |
| **Entity Served:** | Menard, Inc. d/b/a Menards |
| **Title of Action:** | Martha Harms vs. Menard, Inc. d/b/a Menards |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Grundy County Circuit Court, IL |
| **Case/Reference No:** | 2021L8 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 02/22/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Adam J. Zayed<br>815-726-1616 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## GRUNDY COUNTY, ILLINOIS LAW DIVISION

| | |
|---|---|
| **MARTHA HARMS,** | ) No. 2021L8 |
| Plaintiff, | ) |
| v. | ) **PLEASE SERVE:** |
| Menard, Inc. d/b/a Menards, | ) Menard, Inc. d/b/a Menards |
| | ) Prentice Hall Corporation, Registered Agent |
| Defendant. | ) 801 Adlai Stevenson Drive |
| | ) Springfield, IL 62703 |

### SUMMONS

To each defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file an appearance, in the office of the Clerk of this court at 111 E Washington Street, Room 30, P. O. Box 707, Morris, Illinois 60450, within 30 days after service of this summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

"E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver, for information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also as your local circuit clerk's office for a fee waiver application."

This Summons must be served within 30 days of its date of issuances.

2/8/2021 2:41 PM

Adam J. Zayed—6301240
Julian D. Hoshell—6328559
ZAYED LAW OFFICES
195 Springfield Ave.
Joliet, IL 60435
Tel: 815.726.1616
Fax: 815.726.1779
service@zayedlaw.com

WITNESS,_____, 2021

*Corri Trotter* SM
Clerk of the Circuit Court

Date of service:_____, 2021

FILED
2/8/2021 2:41 PM
Corri Trotter
Grundy County Circuit Clerk
By: SM

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## GRUNDY COUNTY, ILLINOIS LAW DIVISION

| | |
|---|---|
| **MARTHA HARMS,** ) | No. 2021L8 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Menard, Inc. d/b/a Menards, ) | |
| ) | **PLAINTIFF DEMANDS A TRIAL BY JURY** |
| Defendant. ) | |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, MARTHA HARMS, by and through her attorneys, Zayed Law Offices, and complaining of the Defendant, MENARD, INC. d/b/a MENARDS, she states as follows:

1. That on or about June 1, 2019, and for a long time prior thereto, Defendant, MENARD, INC. d/b/a MENARDS ("MENARDS"), possessed, operated, managed, maintained, owned, and controlled or had a duty to possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents, servants and employees, a certain store located at 500 Menard Drive, Morris, Grundy County, Illinois.

2. That on or about June 1, 2019, at all times relevant, Plaintiff, MARTHA HARMS ("HARMS"), was a customer and/or patron lawfully upon Defendant's Premises.

3. That on or about June 1, 2019, Defendant, by and through its agents, apparent agents and/or employees, cut and/or opened a pallet of material and/or product while Plaintiff, HARMS, was in the aisle of Defendant's Premises.

4. That on or about June 1, 2019, at all times relevant, the aforesaid material and/or product struck Plaintiff, HARMS.

5. That at the aforesaid time and place, it was the duty of Defendant, MENARDS, by and through its agents, apparent agents and/or employees, to use ordinary care for the safety of Plaintiff, HARMS.

6. That at the aforesaid time and place, Defendant, MENARDS, by and through its agents, apparent agents and/or employees, breached that duty and was negligent in one or more of the following respects:

   a. carelessly and negligently unloaded a pallet of material and/or product so as to cause injury to Plaintiff, HARMS;

   b. carelessly and negligently unloaded a pallet of material and/or product in an unreasonable and unsafe manner;

   c. carelessly and negligently failed to warn Plaintiff, HARMS, although Defendant, knew or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to Plaintiff, HARMS; and

   d. carelessly and negligently failed to close off the area of the aisle where Defendant intended on unloading the pallet of material and/or product when Defendant knew or in the exercise of ordinary care should have known that doing so was necessary to prevent injury to Plaintiff, HARMS.

7. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions, Plaintiff, HARMS, has suffered injuries of a permanent, personal and pecuniary nature.

WHEREFORE, the Plaintiff, MARTHA HARMS, demands judgment against the Defendant, MENARD, INC. d/b/a MENARDS, for an amount in excess of the jurisdictional limit of the Thirteenth Judicial Circuit, Grundy County, Illinois.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY**

Respectfully submitted,

/s/ Adam J. Zayed

ADAM J. ZAYED

Adam J. Zayed—6301240
Julian D. Hoshell—6328519
**ZAYED LAW OFFICES**
195 Springfield Ave.
Joliet, Illinois 60435
Tel: 815.726.1616
Fax: 815.726.1779
service@zayedlaw.com